IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVIAH M. PIERCE ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No.: |
| ) | |
| SC0TT M. HEINS ) | |
| ) | |
| And ) | |
| ) | |
| HEINS FARMS, INC. ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT

COMES NOW Plaintiff DAVIAH M. PIERCE, by and through her attorneys, WILKINS SCHNELLER LAW, LLC. and for her Complaint against Defendants SCOTT M. HEINS and HEINS FARMS, INC states as follows:

## JURISDICTION AND VENUE

1. This court has jurisdiction over this action pursuant to 28 U.S.C. §1332(a)(1), which gives district courts jurisdiction over civil actions between citizens of different states. There exists complete diversity, and the amount in controversy exceeds $75,000.

2. Venue is appropriate in this judicial district under 28 U.S.C. §1391(b)(2) because the events giving rise to this Complaint occurred in this district.

## PARTIES

3. Plaintiff, DAVIAH M. PIERCE was at all relevant times a citizen and resident of the United States and the State of Missouri and resided in Cape Girardeau, Missouri. As a result of this accident, after release from the hospital, Plaintiff, DAVIAH M. PIERCE, was forced to return to her parent's home in Cairo, Illinois so that she could

1

be cared for.

4. Defendant, SCOTT M. HEINS, is and was a citizen and resident of the United States and the State of Illinois and resides in Rockwood, Illinois. Defendant, HEINS FARMS, INC., is an Illinois Corporation with its principal place of business at 22902 State Highway 3, Rockwood, Illinois 62280.

5. At all pertinent times mentioned herein, Defendants, SCOTT HEINS and HEINS FARMS, INC., were doing business in the State of Illinois.

## GENERAL ALLEGATIONS

6. On or about December 27, 2015, Plaintiff, DAVIAH M. PIERCE, was operating a 2012 Ford Fusion, VIN 3FADP0L37CR186715, northbound on Il. Route 3 and stopped in the left turn lane waiting to turn onto Il. Route 146 westbound when she was struck head on by a 2005 Frei tractor trailer, VIN 1FUJALDE25DU85642, being operated by SCOTT M. HEINS who was acting within the course and scope of his employment with HEINS FARMS, INC.

7. On or about said date, Defendant, SCOTT M. HEINS was operating said 2005 Frei tractor trailer, owned by Defendant, HEINS FARMS, INC., southbound on Il. Route 3 in Alexander County, Illinois, when he failed to follow the lane lines and struck head on the vehicle occupied by plaintiff.

8. At all times mentioned herein, Defendant, SCOTT M. HEINS, was the agent, employee, and/or owner of Defendant, HEINS FARMS, INC., and was acting in the course of his duties in furtherance of the business of HEINS FARMS, INC.

## COUNT I
## SCOTT M. HEINS
## (NEGLIGENCE)

9. Plaintiff restates and re-alleges all preceding paragraphs of this Complaint as though fully set forth herein.

10. On October 16, 2014, Defendant SCOTT M. HEINS owed a duty of care to the general public and all motorists on the roadway, including Plaintiff.

11. On October 16, 2014, Defendant SCOTT M. HEINS, was guilty of one or more of the following negligent acts or omissions:

   a. Failed to keep a proper lookout;

   b. Failed to keep proper control over his vehicle;

   c. Failed to ensure that he had an adequate line-of-sight of other vehicles traveling on the roadway;

   d. Failed to swerve, reduce his speed, sound a warning, or any combination of one or more of the foregoing, after he knew, or could have known that there was a reasonable likelihood of a collision with the Plaintiff's vehicle;

   e. Failed to operate his motor vehicle in a careful and prudent manner so as not to endanger the life or limb of any person and specifically Plaintiff;

   f. Drove at an unsafe, excessive and/or dangerous rate of speed in direct violation of 625 ILCS 5/11-601(a); and

   g. Failed to follow lane lines.

12. As a direct and proximate result of the negligent acts or omissions of Defendant, SCOTT M. HEINS, described herein, Plaintiff, DAVIAH M. PIERCE suffered severe, permanent, and painful injuries to her head, neck, back, both legs, spine, right hip, left wrist, ,right elbow, right shoulder, right collar bone, jaw and teeth causing

all of the various and diverse bones, joints, discs, ligaments, tissues, vessels, and muscles to become bruised, contused, ruptured, torn, dislocated, sprained or strained. Plaintiff's ability to engage in recreational and daily activities and to enjoy the ordinary pursuits of life has been permanently impaired, lessened, and restricted. Plaintiff has been forced to incur various medical expenses including 4 weeks of intensive care and undergo surgeries, painful injections, intense physical therapy, and other reasonable and necessary medical treatment for her injuries and will, in the future, be forced to incur additional hospital, medical, and related expenses. Plaintiff has lost wages and income, and will lose additional wages and income in the future, has suffered mental anguish, disability, and disfigurement, and has been permanently prevented from attending to her usual affairs and duties.

WHEREFORE, Plaintiff prays that his Court enter judgment against Defendant, SCOTT M. HEINS in an amount greater than $75,000 and for such other relief as this Court deems just and proper.

## COUNT II
## HEINS FARMS, INC.
## (Vicarious Liability)

13. Plaintiff restates and re-alleges all preceding paragraphs of the Complaint as though fully set forth herein.

14. On December 27, 2015, Defendant HEINS FARMS, INC. through its agents, servants, and/or employees, owed a duty of care to the general public and all motorists on the roadway, including Plaintiff.

15. On December 27, 2015, Defendant SCOTT M. HEINS was acting within

the course and scope of his employment with HEINS FARMS, INC. as a tractor trailer driver, agent, servant and/or employee.

16. On December 27, 2015, Defendant SCOTT M. HEINS was acting under the control, joint and/or mutual control of Defendant HEINS FARMS, INC. and all acts of Defendant SCOTT M. HEINS were committed within the course and scope of his agency and/or employment with Defendant HEINS FARMS, INC.

17. On December 27, 2015 Defendant HEINS FARMS, INC., through its agent, servant and/or employees, was negligent, careless and breached its duty of care in one or more of the following respects.

    a. Failed to keep a proper lookout;

    b. Failed to keep proper control over his vehicle;

    c. Failed to ensure that he had an adequate line-of-sight of other vehicles traveling on the roadway;

    d. Failed to swerve, reduce his speed, sound a warning, or any combination of one or more of the foregoing, after he knew, or could have known that there was a reasonable likelihood of a collision with the Plaintiff's vehicle;

    e. Failed to operate his motor vehicle in a careful and prudent manner so as not to endanger the life or limb of any person and specifically Plaintiff;

    f. Drove at an unsafe, excessive and/or dangerous rate of speed in direct violation of 625 ILCS 5/11-601(a); and

    G. Failed to follow lane lines

18. As a direct and proximate result of the negligent acts or omissions of Defendant, SCOTT M. HEINS, described herein, Plaintiff, DAVIAH M. PIERCE suffered severe, permanent, and painful injuries to her head, neck, back, both legs, spine, right hip, left wrist, ,right elbow, right shoulder, right collar bone, jaw and teeth causing

all of the various and diverse bones, joints, discs, ligaments, tissues, vessels, and muscles to become bruised, contused, ruptured, torn, dislocated, sprained or strained. Plaintiff's ability to engage in recreational and daily activities and to enjoy the ordinary pursuits of life has been permanently impaired, lessened, and restricted. Plaintiff has been forced to incur various medical expenses including 4 weeks of intensive care and undergo surgeries, painful injections, intense physical therapy, and other reasonable and necessary medical treatment for her injuries and will, in the future, be forced to incur additional hospital, medical, and related expenses. Plaintiff has lost wages and income, and will lose additional wages and income in the future, has suffered mental anguish, disability, and disfigurement, and has been permanently prevented from attending to her usual affairs and duties.

19. All of the aforesaid injuries and damages were caused solely and proximately by the negligence of the Defendant.

WHEREFORE, Plaintiff prays that his Court enter judgment against Defendant, HEINS FARMS, INC., in an amount greater than $75,000 and for such other relief as this Court deems just and proper.

Respectfully Submitted,

WILKINS SCHNELLER LAW, L.L.C.

By: s/ Gerard B. Schneller
Gerard B. Schneller #6205863
Kevin. D. Wilkins, #6305154
1926 Chouteau Ave.
St. Louis, MO 63103
314-588-8000
(F): 844-272-6236
wilkins@midwesttriallawyers.com

schneller@midwesttriallawyers.com

*Attorneys for Plaintiffs*